UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
RONDEY CHANEY,                          )
                    Plaintiff,                      )
                                                    )
v.                                                  )
                                                    )          C. A. NO. 1:18-cv-10413
TOWN OF FRAMINGHAM,            )
CHRISTOPHER HENDRY,             )
GREGORY REARDON,                   )
VICTOR PEREIRA, JOHN              )
DOE 1 AND JOHN DOE 2,             )
                    Defendants.                  )
_____)

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT
### 28 U.S.C. § 1441(a)

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Petitioners, Town of Framingham, Christopher Hendry, Gregory Reardon, and Victor Pereira, respectfully petition this Court, pursuant to 28 U.S.C. § 1441(a), for removal of the above-entitled action to the United States District Court for the District of Massachusetts, Civil Section, from the Superior Court of the Commonwealth of Massachusetts in and for Middlesex County, and for their Notice of Removal state as follows:

1.      The petitioners are named as defendants by the plaintiff, Rondey Chaney, in a civil action filed in the Superior Court of the Commonwealth of Massachusetts in and for Middlesex County, entitled Rondey Chaney v. The Town of Framingham, et al., Civil Action No. 1781CV03458.  On February 16, 2018 the petitioner Town of Framingham was served with a Summons and a copy of the plaintiff's Complaint attached hereto as Exhibit A.  The petitioner Victor Pereira was served with a Summons and a copy of the plaintiff's Complaint attached hereto as Exhibit B.  Upon information and belief, the remaining petitioners, Christopher Hendry and

Gregory Reardon, were served with a Summons and a copy of the plaintiff's Complaint on or about February 21, 2018.  The petitioners have not yet answered or otherwise responded to said Summonses and Complaint, nor has an appearance been filed in Middlesex Superior Court on their behalf.

2.      This is a suit of a wholly civil nature brought in a Massachusetts state court.  The action is pending in Middlesex County, Massachusetts, and, accordingly, under 29 U.S.C. § 101 and § 1441(a), the United States District Court for the District of Massachusetts is the proper forum for removal.

3.      In Count I of his action the plaintiff, Rondey Chaney, alleges that the defendants Christopher Hendry, Gregory Reardon, and Victor Pereira, violated his rights under the Fourth, Fifth, and Fourteenth Amendments to the U.S. Constitution, bringing this count under 42 U.S.C. § 1983.

4.      Because this civil action arises under the Constitution and laws of the United States, the United States District Court has original jurisdiction under 28 U.S.C. § 1331.

5.      The petitioners are filing this Notice of Removal within thirty (30) days of service of the Summons and Complaint, within thirty days of the date this action became removable, and within the time for filing this petition.  See 28 U.S.C. § 1446.

6.      The petitioners will file a Notice of Filing of this Notice of Removal and a copy of this Notice of Removal with the Clerk of the Superior Court of Massachusetts, County of Middlesex.

7.      Pursuant to Local Rule 81.1(a), the petitioners shall request of the Clerk of the Superior Court of Massachusetts, County of Middlesex, certified or attested copies of all records

and proceedings in the state court and certified or attested copies of all docket entries therein, and

shall file the same with this Court within thirty (30) days after the filing of this Notice of Removal.

WHEREFORE, petitioners, Town of Framingham, Christopher Hendry, Gregory Reardon,

and Victor Pereira, pray that the above-entitled action now pending in the Superior Court of the

Commonwealth of Massachusetts in and for Middlesex County be removed from that Court to this

United States District Court.

Respectfully submitted,
The Petitioners,
TOWN OF FRAMINGHAM, CHRISTOPHER HENDRY,
GREGORY REARDON, AND VICTOR PEREIRA,
By their attorneys,

**PIERCE DAVIS & PERRITANO** LLP

*/s/ John J. Cloherty III*
John J. Cloherty III, BBO #566522
10 Post Office Square, Suite 1100N
Boston, MA 02109-4603
(617) 350-0950
jcloherty@piercedavis.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon counsel of record as follows on March 2, 2018.

Robert A. Scott, Esq.
Hector E. Pineiro, Esq.
Law Office of Hector E. Pineiro, P.C.
807 Main Street
Worcester, MA 01610
hector@pineirolegal.com
robin@pineirolegal.com

*/s/ John J. Cloherty III*
John J. Cloherty III