UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RONDEY CHANEY,
    Plaintiff,

v.                                         CIVIL ACTION NO. 18-10413-MPK

CHRISTOPHER HENDRY,
GREGORY REARDON,
VICTOR PEREIRA,
    Defendants.

KELLEY, U.S.M.J.

## JUDGMENT

This case came on before the court, Chief Magistrate Judge M. Page Kelley presiding. The Court hereby enters the following Judgment pursuant to Fed. R. Civ. P. 58 in accordance with the evidence presented at trial and the Jury Verdict returned on August 19, 2021, and the Memorandum and Order on Summary Judgment entered on December 3, 2019:

    1) Judgment in favor of defendants Christopher Hendry, Gregory Reardon, and Victor Pereira on Count I of the complaint, violation of 42 U.S.C. § 1983;

    2) Judgment in favor of defendants Christopher Hendry, Gregory Reardon, and Victor Pereira on Count III of the complaint, Intentional Infliction of Emotional Distress;

    3) Count II, claim under Massachusetts Civil Rights Act, Mass. Gen. L. c. 12, § 11I, and Count III, claim for Invasion of Privacy, withdrawn by Plaintiff;

    4) Judgment for Town of Framingham (now City of Framingham) on Count IV, claim for Negligence under Mass. Gen. L. c. 258, on summary judgment;

    5) Costs to defendants under Fed. R. Civ. P. 54.

August 20, 2021                                                /s/ M. Page Kelley
                                                                             M. Page Kelley
                                                                             Chief United States Magistrate Judge